cuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond L. Viles* and *Frances N. Viles, pro se. Mr. Horace Phelps* for respondent.

No. 935. WRIGHT *v.* FIRST JOINT STOCK LAND BANK OF FORT WAYNE ET AL. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Samuel E. Cook* for petitioner. *Mr. John D. Shoaff* for respondents.

No. 844. BAKERY SALES DRIVERS LOCAL UNION No. 344 (A. F. OF L.) ET AL. *v.* CARPENTER BAKING Co. March 16, 1942. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Joseph A. Padway* for petitioners. *Mr. Van B. Wake* for respondent.

No. 858. LAVIETES *v.* FERRO STAMPING & MANUFAC-TURING Co. ET AL. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank C. Sibley* for petitioner. *Mr. Victor C. Swearingen* for the Ferro Stamping & Mfg. Co. et al., and *Mr. Raymond K. Dykema* for the Detroit Harvester Co., respondents.

No. 917. UNITED STATES FIDELITY & GUARANTY Co. *v.* DOHENY, ADMINISTRATRIX. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John E. Patterson* for petitioner. *Mr. E. J. McCabe* for respondent.